SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
MAR 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                                          2:18-SW-0256   EFB

11  In the Matter of the Search of        )   CASE NO.
                                          )
12  1933 Leford Way                       )
    Sacramento, California                )   SEALING ORDER
13                                        )
                                          )
14                                        )
                                          )
15                                        )
                                          )
16  _____)

17
       Upon application of the United States of America and good cause having been shown,
18
       IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
19
   shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
20
   copy of the search warrant will be left at the scene of the search.
21

22  Dated: 3-28-2018

                                              _____
23                                            EDMUND F. BRENNAN
                                              United States Magistrate Judge
24